IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JARROD GRZESIAK, )
)
    Plaintiff, )
)
vs. ) No. 03 C 7862
)
P.O. THOMAS LOEB, and P.O. JOHN )
JOHNSON #9461, individually, )
)
    Defendants. )

## MEMORANDUM OPINION AND ORDER

Defendant Loeb moves for judgment as a matter of law or, in the alternative, for a new trial. That motion is denied. Defendant's contentions were rejected during trial, the jury was properly instructed, and it returned a modest judgment for plaintiff. We see no reason to revisit the matter now.

                                                    JAMES B. MORAN
                                  Senior Judge, U. S. District Court

Nov. 17, 2006.